JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRANCITO LOPEZ,<br><br>    Petitioner,<br><br>v.<br><br>THOMAS FELKER, Warden<br><br>    Respondent. | Case No. CV 07-3083-ABC (JCR)<br><br>JUDGMENT |

    Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

    IT IS ADJUDGED that the instant Petition for Writ of Habeas Corpus be dismissed with prejudice.

DATED: _Jan. 18, 2008_

                                                        AUDREY B. COLLINS
                                                        United States District Judge